IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RACHEL ROE,<br><br>      Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE TETON COUNTY SCHOOL DISTRICT NO. 1; GILLIAN CHAPMAN, in her individual capacity; SCOTT CRISP, in his individual capacity; and DANIEL ABRAHAM, in his individual capacity,<br><br>      Defendants. | Civil Action No.: 20-CV-249-S |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** coming before the Court pursuant to the Stipulation for Dismissal with Prejudice filed herein, and the Court, having reviewed the Stipulation for Dismissal with Prejudice and the file herein, **FINDS** that all claims brought on behalf of Plaintiff Rachel Roe in the above referenced action against Defendant Board of Trustees of the Teton County School District No. 1, Defendant Gillian Chapman, Defendant Scott Crisp, and Defendant Daniel Abraham (collectively, "Defendants") should be dismissed with prejudice with Plaintiff and Defendants to pay their own respective costs and attorney's fees.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Board of Trustees of the Teton County School District No. 1, Defendant Gillian Chapman, Defendant Scott Crisp, and Defendant Daniel Abraham are hereby dismissed with prejudice with each party to bear its own respective attorney's fees and costs.

**DATED** this 3rd day of January 2022.

Scott W. Skavdahl
United States District Judge